NOVEMBER 17, 1980

No. 80–333.   TOWN OF SOUTHAMPTON *v.* TROYER ET AL.
Affirmed on appeal from C. A. 2d Cir.   For the reasons stated
in his dissent in *Schaumburg* v. *Citizens for Better Environment,* 444 U. S. 620, 639 (1980), JUSTICE REHNQUIST would
reverse the judgment of the Court of Appeals.

No. 80–5263.   BULLWINKLE *v.* CALIFORNIA; and
No. 80–5456.   BULLWINKLE *v.* CALIFORNIA.   Appeals from
Ct. App. Cal., 2d App. Dist., dismissed for want of substantial
federal question.   Reported below: 105 Cal. App. 3d 82, 164
Cal. Rptr. 163.

No. 80–5440.   SHAO FEN CHIN, ADMINISTRATOR *v.* ST.
LUKE'S HOSPITAL CENTER ET AL.   Appeal from Ct. App. N. Y.
dismissed for want of jurisdiction.   Treating the papers
whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–6745.   PATRICK *v.* GEORGIA;
No. 80–5010.   HARDY *v.* GEORGIA; and
No. 80–5266.   THOMAS *v.* GEORGIA.   Sup. Ct. Ga.   Motions of petitioners for leave to proceed *in forma pauperis* and
certiorari granted.   Judgments vacated and cases remanded
for further consideration in light of *Godfrey* v. *Georgia,* 446
U. S. 420 (1980).   CHIEF JUSTICE BURGER, JUSTICE BLACKMUN, JUSTICE POWELL, and JUSTICE REHNQUIST dissent.   Reported below: No. 79–6745, 245 Ga. 417, 265 S. E. 2d 553;
No. 80–5010, 245 Ga. 272, 264 S. E. 2d 209; No. 80–5266, 245
Ga. 688, 266 S. E. 2d 499.